No. 86–6181.   HENKEL v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6186.   FERNANDEZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–6189.   RODRIGUEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6211.   PARKER v. ILLINOIS.   App. Ct Ill., 1st Dist. Certiorari denied.